# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:                                                                                    Case No. 22-10307-LMI

NACIRA CALDES                                                              Chapter 13
SSN: XXX-XX-1004

_____Debtor_____/

> **ANY INTERESTED PARTY WHO FAILS TO FILE AND SERVE A WRITTEN RESPONSE TO THIS MOTION WITHIN 14 DAYS AFTER SERVICE OF THIS MOTION SHALL, PURSUANT TO ADMINISTRATIVE ORDER 2014-03, BE DEEMED TO HAVE CONSENTED TO THE ENTRY OF AN ORDER IN THE FORM ATTACHED TO THIS MOTION.**

### ATTORNEY-REPRESENTED DEBTOR'S VERIFIED "OUT OF TIME" MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

The Debtor files this Verified "Out of Time" Motion for Referral to Mortgage Modification Mediation ("Out of Time Motion") and requests the Court enter an Order Granting Debtor's Verified "Out of Time" Motion for Referral to Mortgage Modification Mediation ("Order Granting Out of Time Motion") referring Debtor and The Bank of New York Mellon, as indenture trustee for the Encore Credit Receivables Trust 2005-2, Asset-Backed Notes, Series 2005-2, C/O Select Portfolio Servicing, Inc., ("Lender") to Mortgage Modification Mediation ("MMM") and states as follows:

1. Debtor is an individual who has filed for bankruptcy relief under, or converted to, chapter 13 on January 14, 2022. In support of Debtor's request to participate in MMM "Out of Time", Debtor states that: she is a live

MMM-LF-03 (rev. 03/08/21)

in nanny and it took her longer than expected to obtain the documentation necessary for the modification package.

2.  Debtor requests MMM for real property ("Property") located at the following street address: 1470 NE 118th Street, Miami, FL 33161; account number for this property is 6678 (last four digits).

    a. The Property is (check one box):

    ☒ The Debtor's primary residence

    ☐ Not the Debtor's primary residence

    b. Borrowers obligated on the promissory note and mortgage on the Property are (check one box):

    ☐ Debtor only

    ☒ Debtor and non-filing co-obligor/co-borrower/third party

    Contact information for co-obligor/co-borrower/third party:

    Name: Carlos Caldes
    Address: 1470 NE 118th Street
             Miami, FL  33161
    Telephone:_____
    email:_____

    ☐ Other:

    Name:_____

    Address:_____
    _____
    Telephone:_____
    email:_____

    c. If applicable, Debtor's attorney has simultaneously filed with this motion the MMM Local Form "Third Party's Consent to Attend and

Participate in Mortgage Modification Mediation" signed by each co-obligor/co-borrower/third party listed above.

3. Debtor intends to (check all boxes that apply):

☒ Modify the mortgage on the Debtor's primary residence.

☐ Modify the mortgage on Property that is not the Debtor's primary residence.

☐ Surrender the Property to the Lender.

4. Prior to filing this motion, Debtor remitted to Debtor's attorney the required non-refundable portal submission fee in the amount of $60.00 and the required non-refundable Document Preparation Software fee in the amount of $60.00 for a total fee of $120.00.

5. Prior to filing this motion, Debtor's attorney completed preparation of Debtor's information using the court-approved on-line program that facilitates the preparation of the Debtor's loan modification package ("Document Preparation Software") and has paid the $60.00 Document Preparation Software fee to the approved vendor. Debtor's initial loan modification forms have been generated and are ready for signature and submission. Debtor's attorney has also collected all of the required supporting documentation as required by the Document Preparation Software (such documentation and forms referred collectively to as "Debtor's Prepared Package") and is prepared to submit the supporting documentation along with the modification forms.

6. Prior to filing this motion, Debtor's attorney has determined that:

☒ Lender is registered with the approved Mortgage Modification Mediation Portal ("MMM Portal");

☐ Lender is not registered.  Debtor requests the Court require Lender to register with the MMM Portal within seven days after entry of the Order.

7. Debtor requests Lender consider (check as many boxes as applicable):

☒ A HAMP or government sponsored loan modification

☒ A conventional loan modification

☐ A deed in lieu of foreclosure

☐ A state court consent *in rem* final judgment of foreclosure

☐ Surrender options

☒ Other: Any and other loan modification, loss mitigation programs that will allow the debtor to save her home.

8. IF DEBTOR IS REQUESTING NON-RETENTION (SURRENDER) OPTIONS:

   a. Debtor will submit all additional documents required for surrenderas provided for on the MMM Portal.

   b. Debtor represents that the Property has been listed for sale.

9. Prior to filing this motion, Debtor remitted the required Mediator's fee in the amount of $300.00 to Debtor's attorney, unless the Debtor is seeking pro bono mediation under paragraph 11.  Debtor understands and acknowledges that after the mediator is designated, the mediator's fee is not refundable for any reason at any time.

10. Within seven days after filing the MMM Local Form "Debtor's Notice of Selection of Mortgage Modification Mediator" (or "Notice ofClerk's Designation of Mortgage Modification Mediator") or the Lender's registration on the MMM Portal, whichever occurs later, Debtor's attorney shall upload and submit through the MMM Portal, Debtor's Prepared Package, together with any additional forms or documents which Lender may post on the MMM Portal, and pay a non-refundable MMM Portal submission fee in the amount of $60.00. In addition, the Debtor's attorney will upload the Order to the MMM Portal as part of the submission of Debtor's documentation.

11. Debtor's attorney:

    ☒ Will forward the mediator's fee directly to the Mediator within seven days after designation of the mediator; **OR**

    ☐ Represents that the Debtor requests he/she be considered as a candidate for pro bono mediation because the Debtor's undersigned attorney is representing the Debtor pro bono, or Debtor's income is less than 150% above the poverty level (see attached calculation).

12. Debtor consents to Lender communicating directly with Debtor's attorney for any and all aspects of the mortgage mitigation mediation program.

13. [For chapter 7 debtors] Debtor understands and consents to this Court's MMM procedures which require that, if the Debtor becomes otherwise eligible for entry of a discharge before the MMM process is completed, the Court shall delay issuance of the discharge until either an agreement is

MMM-LF-03 (rev. 03/08/21)

reached or the parties reach impasse as reflected in the Local Form "Final Report of Mortgage Modification Mediator".

**WHEREFORE,** Debtor requests that the "Out of Time Motion" be granted and for such other and further relief as this Court deems proper.

### DEBTOR'S VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing is true and correct on April 28, 2022

    /s/ Nacira Caldes
Debtor

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's Verified Out of Time Motion for Referral to Mortgage Modification Mediation was served by U.S, first class Mail, upon the parties listed below on April 28, 2022.

    /s/Gabriel Gonzalez
Gabriel Gonzalez, Esq.
FBN: 41088
*Attorney for Debtor*
9000 Sheridan St. #95
Hollywood, FL 33024
Tel: (954)378-8184
Fax: (305)873-8679
gabriel@gtlawyers.com

Copies to:

Lender: The Bank of New York Mellon, as indenture trustee for the Encore Credit Receivables Trust 2005-2, Asset-Backed Notes, Series 2005-2, C/O Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250;
Lender's counsel: Lindsey Savastano, Esq., Frenkel Lambert Weiss Weisman & Gordon, LLP, One East Broward Blvd., Suite 1111, Ft. Lauderdale, FL 33301;
Any co borrower, or additional party: Carlos Caldes, 1470 NE 118th Street, Miami, FL 33161.