UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                                      Case No. 22-10307-LMI

Nacira Caldes,                                                                        Chapter 13

_____Debtor_____/

### FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows regarding Debtor's real property located at 1470 NE 118th Street, Miami, FL 33161 and the mortgage on this property serviced by Select Portfolio Servicing:

A. The Mortgage Modification Mediation ("MMM") conference was conducted on July 6, 2022 and the following parties were present:

 1. [X] The Debtor's attorney, Gabriel Gonzalez.
 2. [ ] The co-obligor/co-borrower/or other third party
 3. [X] The Lender's representative, Sierra Robertson and Lender's attorney, Lindsey Savastano.
 4. [ ] Other: ___

B. The final MMM conference was scheduled for _____, 2022, but not conducted for the following reason:
 1. [ ] The parties settled prior to attending.
 2. [ ] The case was dismissed.
 3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
 4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.

C. The result of the MMM conference is as follows:
 1. [ ] The parties reached an agreement.
 2. [X] The parties did not reach an agreement.

Dated: July 7, 2022

/s/: Stacy Bressler
Stacy Bressler FBN 0071234
Post Office Box 121506
Fort Lauderdale, FL 33312
phone (954) 797-3889
sbressler@aol.com