UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: CASE NO.: 22-10307-LMI
CHAPTER: 13

Nacira Caldes,

      Debtor.

_____/

### SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF THE DEBTOR'S THIRD AMENDED CHAPTER 13 PLAN
*(For Property Address 1470 NE 118th Street, Miami, FL 33161)*

COMES NOW, The Bank of New York Mellon, as indenture trustee for the Encore Credit Receivables Trust 2005-2, Asset-Backed Notes, Series 2005-2 ("Secured Creditor"), by and through its undersigned attorney, and objects to confirmation of the Debtor's *Third Amended Chapter 13 Plan* [DE 54] filed on June 3, 2022 (the "Amended Plan") and states as follows:

1. This Case was commenced by the filing of a Chapter 13 Voluntary Petition on January 14, 2022.

2. Secured Creditor filed its Proof of Claim on January 25, 2022 (the "Claim") as it pertains to the first mortgage lien against real property of the Debtor located at 1470 NE 118th Street, Miami, FL 33161 (the "Property") and reflecting a total secured claim of $347,217.57, total arrears of $109,744.17, and a regular post-petition monthly payment of $2,043.16.

3. The Amended Plan provides for a MMM adequate protection payment of $1,307.17 per month while MMM is pending.

4. Part IX – Non-Standard Plan Provisions of the Amended Plan provides:

If the lender and the debtor fail to reach a settlement, then no later than 14 calendar days after the mediator's Final Report is filed, the debtor will amend or modify the plan to (a) conform to the lender's Proof of Claim (if the lender has filed a Proof of Claim), without limiting the Debtor's right to object to the claim or proceed with a motion to value; or (b) provide that the real property will be

04-068389-B02

"treated outside the plan".

5. The *Final Report of Loss Mitigation/Mortgage Modification Mediator* [DE 57] was filed on July 7, 2022 indicating that an agreement was not reached.

6. To date, the Debtor has failed to file an amended plan that either conforms to the Claim or treat the Property outside the Plan.

7. Secured Creditor objects to the Amended Plan as it is not in compliance with the requirements of 11 U.S.C. § 1322(b)(3).

8. Furthermore, Secured Creditor does not consent to the treatment of its Claim as proposed by the Amended Plan and, accordingly, the Plan cannot be confirmed pursuant to 11 U.S.C. § 1325(a)(5)(A).

9. Secured Creditor reserves the right to supplement and/or amend this Objection.

WHEREFORE, The Bank of New York Mellon, as indenture trustee for the Encore Credit Receivables Trust 2005-2, Asset-Backed Notes, Series 2005-2 files this Objection to Confirmation of the Debtor's *Third Amended Chapter 13 Plan* [DE 54] and moves the Court to deny confirmation of said Plan and for such further and other relief that the Court deems just and proper.

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
Attorneys for Secured Creditor
53 Gibson Street
Bay Shore, New York 11706
Phone: 954-522-3233 x1631
Fax: 954-200-7770
Email: LSavastano@flwlaw.com

/s/ Lindsey Savastano
Lindsey Savastano, Esq.
Florida Bar No. 57079

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic transmission (CM/ECF) and/or Regular U.S. Mail to the parties listed on the below mailing list this 29th day of July, 2022.

## MAILING LIST

*Attorney for Debtor*
**Gabriel Gonzalez**
9000 Sheridan St., # 95
Pembroke Pines, FL 33024

*Debtor*
**Nacira Caldes**
1470 NE 118th Street
Miami, FL 33161

*Trustee*
**Nancy K. Neidich**
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
Attorneys for Secured Creditor
53 Gibson Street
Bay Shore, New York 11706
Phone: 954-522-3233 x1631
Fax: 954-200-7770
Email: LSavastano@flwlaw.com

/s/ Lindsey Savastano
Lindsey Savastano, Esq.
Florida Bar No. 57079