UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                  CASE NO.: 22-10307-LMI
                                                                        CHAPTER: 13
Nacira Caldes

    Debtor(s).
_____/

**SECURED CREDITOR'S MOTION TO DISMISS CASE OR, IN THE ALTERNATIVE, MOTION TO COMPEL THE DEBTOR TO FILE AN AMENDED CHAPTER 13 PLAN**

COMES NOW, The Bank of New York Mellon, as indenture trustee for the Encore Credit Receivables Trust 2005-2, Asset-Backed Notes, Series 2005-2 ("Secured Creditor"), by and through its undersigned attorney, files this *Motion to Dismiss Case or, in the Alternative, Motion to Compel Debtor to File an Amended Chapter 13 Plan* and, in support, states as follows:

1. This Case was commenced by the filing of a Chapter 13 Voluntary Petition on January 14, 2022.

2. Secured Creditor filed its *Proof of Claim 3-1* on January 25, 2022 (the "Claim") as it pertains to the first mortgage lien against real property of the Debtor located at 1470 NE 118th Street, Miami, FL 33161 (the "Property") reflecting a total secured claim of $347,217.57, total arrearage of $109,744.17 and a regular monthly payment of $2,043.16.

3. The *Fourth Amended Chapter 13 Plan* [DE 63] (the "Plan") indicates the Debtor's intention to participate in this Court's Mortgage Modification Mediation ("MMM") Program and includes a MMM adequate protection payment.

4. The *Order Granting Verified Out of Time Motion for Referral to Mortgage Modification* [DE 43] was entered on May 6, 2022.

04-068389-B02

5.  While the parties did participate in the MMM Program, it resulted in the entry of a *Final Report of Loss Mitigation/Mortgage Modification Mediator* [DE 57] indicating that an agreement was not reached.

6.  Section IX – NON-STANDARD PLAN PROVISIONS of the Plan provides:

If the lender and the debtor fail to reach a settlement, then no later than 14 calendar days after the mediator's Final Report is filed, the debtor will amend or modify the plan to (a) conform to the lender's Proof of Claim (if the lender has filed a Proof of Claim), without limiting the Debtor's right to object to the claim or proceed with a motion to value; or (b) provide that the real property will be "treated outside the plan. If the property is "treated outside the plan," the lender will be entitled to in rem stay relief to pursue available state court remedies against the property. Notwithstanding the foregoing, lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

7.  To date, the Debtor has failed to file an amended plan that that either conforms to the Claim or provides that the Property will be treated outside the Plan.

WHEREFORE, Secured Creditor respectfully requests that either the Case be dismissed without prejudice or that the Debtor be compelled to file an amended chapter 13 plan that either conforms to *Proof of Claim 3-1* or provides that the Property will be treated outside the Plan or for any other relief as this Court deems just and proper.

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
Attorneys for Secured Creditor
53 Gibson Street
Bay Shore, New York 11706
Phone: 954-522-3233 x1639
Fax: 954-200-7770
Email: LSavastano@flwlaw.com

/s/ Lindsey Savastano
Lindsey Savastano, Esq.
Florida Bar No.: 57079

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic transmission (CM/ECF) and/or Regular U.S. Mail to the parties listed on the below mailing list this 12th day of August, 2022.

**MAILING LIST**:

*Attorney for Debtor*
**Gabriel Gonzalez**
9000 Sheridan St., # 95
Pembroke Pines, FL 33024

*Debtor*
**Nacira Caldes**
1470 NE 118th Street
Miami, FL 33161

*Trustee*
**Nancy K. Neidich**
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130

FRENKEL LAMBERT WEISS WEISMAN & GORDON LLP
Attorney for Secured Creditor
53 Gibson Street
Bay Shore, New York 11706
Telephone: 954-522-3233 x1631
Fax: 954-200-7770
Email: Lsavastano@flwlaw.com

/s/ Lindsey Savastano
Lindsey Savastano, Esq.
FL Bar No. 57079